# United States District Court
## Northern District of Illinois
### Eastern Division

Neely                                            **JUDGMENT IN A CIVIL CASE**

                v.                                      Case Number: 09 C 2824

Abbott Laboratories

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

                                                              Michael W. Dobbins, Clerk of Court

Date: 12/18/2009                             _____
                                                          /s/ Mathew P. John, Deputy Clerk